# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR MATA-MIRANDA,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 1:26-cv-00803-KES-CDB<br><br>ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE<br><br>(Doc. 16) |

Plaintiff Salvador Mata-Miranda initiated this action with the filing of a complaint on January 30, 2026, against Defendant Equifax Information Services, LLC. (Doc. 1).

Pending before the Court is Plaintiffs' *ex parte* motion to continue the initial scheduling conference, set for May 4, 2026, by not less than 30 days. (Doc. 16). In support of the request, Plaintiff represents that Defendant's responsive pleading deadline is May 5, 2026, and a continuance "would allow Equifax sufficient time to file its answer and for the parties to engage in the Rule 26(f) Conference and prepare the Joint 26(f) Report." *Id.* at 1-2.

In light of the Plaintiff's representations, the Court will grant the motion and continue the initial scheduling conference.

The Court observes that Plaintiff's request to continue the initial scheduling conference fails to comply with Local Rule 137(b). Counsel for Plaintiff is admonished to refamiliarize themselves with and adhere to the Court's Local Rules.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' *ex parte* motion to continue the initial scheduling conference (Doc. 16) is GRANTED;

2. The scheduling conference set for May 4, 2026, is continued to **June 9, 2026, at 10:00 a.m.**; and

3. As previously directed (Doc. 3), the parties shall file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated:    **April 28, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2